UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS A. PRICE,

        Plaintiff,

v.

NAPA STATE HOSPITAL, et al.,

        Defendants.

Case No. 24-cv-02943-JSW

**ORDER OF DISMISSAL**

On May 14, 2024, Plaintiff, a civilly committed detainee at Napa State Hospital ("NSH") proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983. That same day, the Clerk notified Plaintiff that he needed to either pay the filing fee or file an application to proceed in forma pauperis ("IFP") within 28 days. The Clerk also mailed to Plaintiff a form IFP application, instructions, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application before the deadline. The deadline has passed, and no response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 15, 2024

JEFFREY S. WHITE
United States District Judge